**Order entered October 24, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00765-CV

## CAROL SHAW, Appellant

## V.

## BISHOP AIRFIELD RANCH, LLC, Appellee

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 90347**

## ORDER

Before the Court is appellant's October 21, 2022 opposed motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 18, 2022.

/s/     BILL PEDERSEN, III
JUSTICE